IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mabry, Randy | Case Number: 08 B 10389 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | Filed: 4/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 6,457.88 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 16,894.89 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 3,236.45 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 152.28 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 15.00 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 53.91 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 143.03 | 0.00 |
| 10. | CitiFinancial | Unsecured | 1,293.32 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 128.50 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 42.83 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Cbe Group | Unsecured | | No Claim Filed |
| 15. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 16. | American Collection Corp | Unsecured | | No Claim Filed |
| 17. | GC Services | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,418.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mabry, Randy | Case Number:  08 B 10389 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  4/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_